# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

---

ERIC CHRISTOPHER BAKKE,                          Civil No. 19-2501 (JRT/TNL)

                 Petitioner,

v.                                               **ORDER**

UNITED STATES OF AMERICA, et al,

                 Respondents.

---

Eric Christopher Bakke, Sherburne County Jail, 13880 Business Center Drive N.W., Elk River, MN 55330, *pro se* petitioner.

Ana H Voss, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for respondents.

Based upon the Report and Recommendation by United States Magistrate Judge

Tony N. Leung dated October 3, 2019 (ECF No. 3), along with all the files and records,

and no objections to said Recommendation having been filed, **IT IS HEREBY**

**ORDERED** that the Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241, (ECF

No. 1), is **DISMISSED WITHOUT PREJUDICE.**

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 28, 2019
at Minneapolis, Minnesota

                          s/John R. Tunheim
                          JOHN R. TUNHEIM
                          Chief Judge
                          United States District Court